The case management conference is continued to 8/24/12 @ 2:30 p.m.

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

1  MICHAEL E. BREWER, Bar No. 177912
   ALEXA L. WOERNER, Bar No. 267609
2  LITTLER MENDELSON, P.C.
   Treat Towers
3  1255 Treat Boulevard, Suite 600
   Walnut Creek, California  94597
4  Telephone:    925.932.2468

5  Attorneys for Defendant
   PETSMART, INC.
6

7  KIM L. ANGLIN,  Bar No. 218749
   ANGLIN LAW GROUP
8  4445 Eastgate Mall, Suite 200
   San Diego, CA 92121
9  Telephone:    619.584.0506

10 MICHAEL A. GOULD, Bar No. 151851
   AARIN A. ZEIF, Bar No. 247088
11 GOULD & ASSOCIATES
   A Professional Corporation
12 17822 E. 17th Street, Suite 106
   Tustin, California, 92780
13 Telephone:    714.669.2850

14 Attorneys for Plaintiff
   SHYNEISHA COLEMAN

15

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

19

20 SHYNEISHA COLEMAN,                    Case No.  3:11-CV-05255 SI

21         Plaintiff,                    **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

22 v.

23 PETSMART, INC. and DOES 1 through     Current Case Management Conference Date:
   25,                                   June 1, 2012
24
           Defendant.                    Judge:   Honorable Susan Illston
25                                       Dept:    10 - 9th Floor

26     Plaintiff Shyneisha Coleman ("Plaintiff") and Defendant PetSmart, Inc. ("Defendant"), by

27 and through their respective counsel of record (collectively "the Parties") hereby stipulate and agree

28 as follows:

---

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(NO. 3:11-CV-05255 SI)            1.         STIPULATION TO CONTINUE CASE
                                              MANAGEMENT CONFERENCE

## STIPULATION

WHEREAS, a case management conference is currently scheduled in this case for June 1, 2012, at 9:30 a.m.;

WHEREAS, the Parties have informally resolved this matter in its entirety are in the process of finalizing the settlement of this case;

WHEREAS, Plaintiff filed a Notice of Settlement of Entire Case on May 29, 2012, attached hereto as Exhibit A;

WHEREAS, the Parties intend to file a Stipulation and Order of Dismissal with prejudice on or before June 30, 2012;

WHEREAS, the Parties believe that a case management conference would be more meaningful and helpful, if necessary at all, if it were held after the Parties have pursued an informal resolution;

THEREFORE, the Parties hereby stipulate, and respectfully request the Court to order, that the case management conference scheduled for June 1, 2012 be continued to a date on or after August 1, 2012.

IT IS SO STIPULATED.

Dated: May 31, 2012

By: /s/ Alexa Woerner
Michael E. Brewer
Alexa L. Woerner
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PETSMART, INC.

Dated: May 31, 2012

By: /s/ Aarin Zeif
Michael A. Gould
Aarin A. Zeif
GOULD & ASSOCIATES
Attorneys for Plaintiff
SHYNEISHA COLEMAN

LITTLER MENDELSON, P.C.
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 3:11-CV-05255 SI)        2.        STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE