The case management conference is continued to 8/24/12 @ 2:30 p.m.

1   MICHAEL E. BREWER, Bar No. 177912
    ALEXA L. WOERNER, Bar No. 267609
2   LITTLER MENDELSON, P.C.
    Treat Towers
3   1255 Treat Boulevard, Suite 600
    Walnut Creek, California 94597
4   Telephone:   925.932.2468

5   Attorneys for Defendant
    PETSMART, INC.
6
    KIM L. ANGLIN, Bar No. 218749
7   ANGLIN LAW GROUP
    4445 Eastgate Mall, Suite 200
8   San Diego, CA 92121
    Telephone:   619.584.0506
9
    MICHAEL A. GOULD, Bar No. 151851
10  AARIN A. ZEIF, Bar No. 247088
    GOULD & ASSOCIATES
11  A Professional Corporation
    17822 E. 17th Street, Suite 106
12  Tustin, California, 92780
    Telephone:   714.669.2850
13
14  Attorneys for Plaintiff
    SHYNEISHA COLEMAN

15

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18                 SAN FRANCISCO DIVISION

19

20  SHYNEISHA COLEMAN,                  Case No.  3:11-CV-05255 SI

21              Plaintiff,              **STIPULATION TO CONTINUE CASE
                                        MANAGEMENT CONFERENCE**
22  v.

23  PETSMART, INC. and DOES 1 through   Current Case Management Conference Date:
    25,                                 June 1, 2012
24
                Defendant.              Judge:   Honorable Susan Illston
25                                      Dept:    10 - 9th Floor

26      Plaintiff Shyneisha Coleman ("Plaintiff") and Defendant PetSmart, Inc. ("Defendant"), by

27  and through their respective counsel of record (collectively "the Parties") hereby stipulate and agree

28  as follows:

LITTLER MENDELSON, P.C.
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(NO. 3:11-CV-05255 SI)                      1.        STIPULATION TO CONTINUE CASE
                                                      MANAGEMENT CONFERENCE

## STIPULATION

WHEREAS, a case management conference is currently scheduled in this case for June 1, 2012, at 9:30 a.m.;

WHEREAS, the Parties have informally resolved this matter in its entirety are in the process of finalizing the settlement of this case;

WHEREAS, Plaintiff filed a Notice of Settlement of Entire Case on May 29, 2012, attached hereto as Exhibit A;

WHEREAS, the Parties intend to file a Stipulation and Order of Dismissal with prejudice on or before June 30, 2012;

WHEREAS, the Parties believe that a case management conference would be more meaningful and helpful, if necessary at all, if it were held after the Parties have pursued an informal resolution;

THEREFORE, the Parties hereby stipulate, and respectfully request the Court to order, that the case management conference scheduled for June 1, 2012 be continued to a date on or after August 1, 2012.

IT IS SO STIPULATED.


Dated: May 31, 2012                    By: /s/ Alexa Woerner
                                           Michael E. Brewer
                                           Alexa L. Woerner
                                           LITTLER MENDELSON, P.C.
                                           Attorneys for Defendant
                                           PETSMART, INC.


Dated: May 31, 2012                    By: /s/ Aarin Zeif
                                           Michael A. Gould
                                           Aarin A. Zeif
                                           GOULD & ASSOCIATES
                                           Attorneys for Plaintiff
                                           SHYNEISHA COLEMAN

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(NO. 3:11-CV-05255 SI)                    2.          STIPULATION TO CONTINUE CASE
                                                      MANAGEMENT CONFERENCE